IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

PATRICIA DREYER,                         *

        Petitioner,                  *

v.                                       Case No. 7:21-CV-135(HL)
                                         *
ASHLEY PAULK,
                                         *
        Respondent.
                                         *

## J U D G M E N T

Pursuant to this Court's Order dated January 25, 2022, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Petitioner shall recover nothing of Respondent.

This 25th day of January, 2022.

                                              David W. Bunt, Clerk

                                              s/ S. B. DeCesare, Deputy Clerk